United States District Court
Southern District of Texas
**ENTERED**
July 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| LAWRENCE HIGGINS, § § | |
| Plaintiff, § § | |
| VS. § | Civil Case No. 4:13-CV-02419 |
| § | |
| RICHARD MORRIS, ERNEST § NAVARRETE and DELETA JONES, § § | |
| Defendants. § | |

## ORDER

On March 19, 2023, this Court entered an order setting this case for trial. The Order directed the parties to engage in mediation or a settlement conference before June 30, 2023. The parties met to discuss settlement, but the plaintiff was dissatisfied with the settlement offer. He filed a letter motion seeking sanctions or a default judgment, contending that the defendants did not negotiate in good faith.

The fact that the parties have very different views of the settlement value of this case does not mean that either party is not acting in good faith. Higgins identifies no grounds for the imposition of sanctions or a default judgment. His motion (Dkt. No. 170) is **DENIED**.

The parties are strongly encouraged to engage in mediation. The parties will each file an advisory within 30 days to inform the Court if they are willing to participate in mediation. If all parties are agreeable, the Court will make an appropriate referral.

It is SO ORDERED.

Signed on July 20, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**